**STATEMENT OF FACTS**

      On Tuesday, June 13, 2006, at about 9:25 p.m., sworn officers with the Metropolitan Police Department's Seventh District were conducting an observation post in a high narcotics area, in the area of the 1600 block of V Street, S.E., Washington, D.C. when they saw the defendant, Darnell Stewart, engage in 2 separate drug transactions. Each time the defendant would receive money from an unidentified subject and the defendant would then walk over to a blue Dodge and enter the driver's seat. The defendant would then get out of the Dodge and return and give the unidentified subject the suspected drugs. A short time later the defendant entered the Dodge, and started to leave the area. Officers believing the defendant had drugs in the car, conducted a car stop, removed the defendant from the car, and placed him under arrest. After placing the defendant under arrest the officers searched the Dodge and recovered 2 clear sandwich bags in the center console that had numerous zips containing a white rock-like substance. Further search of the car revealed a clear sandwich bag with 12 green color zips containing a white rock-like substance and another clear sandwich bag with 8 bundles each containing a white rock-like substance. The white rock-like substance appeared to be crack cocaine. Also recovered from the center console was a loaded Glock Model 22 .40 caliber semi-automatic pistol. A portion of the rock-like substance field tested positive for cocaine. The approximate weight of the suspected crack cocaine was 25 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                               INVESTIGATOR LEROY ROLLINS
                                               SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF JUNE, 2006.

                                               U.S. MAGISTRATE JUDGE